Russell S. Thompson, IV (029098)
Jose F. Gill (028518)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@consumerlawinfo.com
jgill@consumerlawinfo.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clifford Hanserd, | ) Case No. |
| | ) |
| Plaintiff, | ) **COMPLAINT AND TRIAL BY JURY** |
| | ) **DEMAND** |
| vs. | ) |
| | ) |
| Maximum Title Loans, LLC, | ) |
| | ) |
| Defendant. | ) |

**NATURE OF ACTION**

1. This is an action for damages brought by Plaintiff Clifford Hanserd ("Plaintiff"), an individual, for Defendant Maximum Title Loans, LLC's ("Defendant") violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.* and its implementing Regulation Z ("Reg. Z."), 12 C.F.R. Part 1026, as promulgated by the Consumer Financial Protection Bureau ("CFPB").

2. Plaintiff seeks to recover monetary damages for Defendant's violation of the TILA.

3. Service may be made upon Defendant in any other district in which it may be found pursuant to 29 U.S.C. § 1132(e)(2).

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises pursuant to 15 U.S.C. § 1640(e) and 28 U.S.C. § 1331.

5. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), as the acts and transactions giving rise to Plaintiff's action occurred in this district, Plaintiff resides in this district, and Defendant transacts business in this district.

## PARTIES

6. Plaintiff is a natural person residing in the State of Arizona, County of Maricopa, and City of Phoenix.

7. Defendant is an Arizona limited liability company who at all relevant times was engaged in the business lending money to consumers.

8. At all relevant times, Defendant, in the ordinary course of its business regularly extended or offered to extend consumer credit for which a finance charge is or may be imposed or which, by written agreement, is payable in more than four installments, and is the person to whom the transaction which is the subject of this action is initially payable, making it a creditor within the meaning of the Truth in Lending Act, 15 U.S.C. § 1602(g) and Regulation Z, 12 C.F.R. § 1026.2(17).

## FACTUAL ALLEGATIONS

9. On October 23, 2015, Plaintiff acquired a vehicle title loan (the "Loan") from Defendant. *See* Title Loan Contract, attached as Exhibit A.

10. Plaintiff acquired the Loan for personal, family, and household purposes.

11. In connection with the loan, Defendant provided Plaintiff a TILA disclosure statement.

12. The TILA disclosure statement disclosed an "annual percentage rate" of 119.8506% a "finance charge" amount of $4,471.61, an "amount financed" of $3,726.38, and a "total of payments" of $8,197.99.

13. The TILA disclosure statement further disclosed a payment schedule consisting of eight (8) payment streams of varying amounts ranging from $367 to $4,000.00.  Only one of the eight payment streams contains a start date.

14. The Truth in Lending Act at 15 U.S.C. § 1638(g)(6), and Regulation Z, 12 C.F.R. § 1026.18(g), specifically command that a creditor disclose "The number, amount, and due dates or period of payments scheduled to repay the total of payments."

15. The official staff commentary to Regulation Z, § 1026.18(g)(4) further provides:

> General Rule.  Section 1026.18(g) requires creditors to disclose the timing of payments.  To meet this requirement, creditors may list all of the payment due dates.  They also have the option of specifying the "period of payments" scheduled to repay the obligation.  As a general rule, creditors that choose this option must disclose the payment intervals or frequency, such as "Monthly" or "Bi-weekly" and the calendar date that the beginning payment is due.

16. Further, the CFPB publishes model forms to explain to creditors, and the public at large, how to comply with the TILA.

Complaint - 3

17. Model form H-15 shows how a creditor is required to disclose a payment schedule comprised of several successive payment streams. *See* 12 C.F.R. § 1026 Appendix H.

18. The Model form demonstrates that when a payment schedule is comprised of multiple payment streams, creditors are required to provide starting dates for each payment stream. *Id.*

19. The payment schedule contained in the segregated Truth in Lending disclosures Defendant provided to Plaintiff, in connection with the Loan, did not contain due dates for all of the 8 payment streams.

20. It is impossible for an average consumer to determine what dates the payments would be due based on the Truth in Lending disclosures provided by Defendant.

**COUNT I**
**VIOLATION OF 15 § U.S.C. 1638(a)(6)**

21. Plaintiff repeats and re-alleges each and every factual allegation contained above.

22. Defendant violated the disclosure requirements of 15 U.S.C. § 1638(a)(6) and 12 C.F.R. § 1026.18(g) by failing to disclose the number, amount, and due dates or period of payments scheduled to repay the total of payments.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 15 U.S.C. § 1638(a)(6);

Complaint - 4

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1640(a)(2), in the amount of twice the finance charge, not to exceed $2,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1640(a)(1);

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. § 1640(a)(3);

e) Awarding Plaintiff any pre-judgment and post-judgment interest as permissible by law; and

f) Awarding such other and further relief as the Court may deem just and proper.

**TRIAL BY JURY**

23. Plaintiff is entitled to and hereby demands a trial by jury.

Dated: August 30, 2016

Respectfully submitted,

s/ Russell S. Thompson, IV
Russell S. Thompson, IV (029098)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@consumerlawinfo.com

s/ Jose F. Gill
Jose F. Gill (028518)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8836
Facsimile: (866) 317-2674

jgill@consumerlawinfo.com
Attorneys for Plaintiff